07cv6261
JUDGE KENDALL
MAG. JUDGE BROWN

The civil cover sheet and ... ng and service of pleadings or other papers as required by
law, except as provided ... t for the purpose of initiating the civil docket sheet. (SEE
INSTRUCTIONS ON T...

**(a) PLAINTIFFS**
Todd Krueger

**DEFENDANTS**
TradeGuider Systems, LLC
TradeGuider Systems, Ltd.

FILED
JN NOV 5 2007
NOV X 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(b)** County of Residence of First Listed Plaintiff  Oakland (MI)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jay R. Hoffman, Suite 1800, 303 West Madison Street, Chicago, IL 60606  Tel: 312.899.0899

Attorneys (If Known)
McGuireWoods LLP, 77 West Wacker Drive, Suite 4100, Chicago, IL 60601 (see attachment)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [■]4 |
| Citizen of Another State | [■]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury—Med. Malpractice | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 365 Personal Injury — Product Liability | 630 Liquor Laws | | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander | 640 R.R. & Truck | **PROPERTY RIGHTS** | 460 Deportation |
| 151 Medicare Act | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | 650 Airline Regs. | [■] 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 340 Marine | 660 Occupational Safety/Health | 830 Patent | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 345 Marine Product Liability / PERSONAL PROPERTY / 370 Other Fraud | 690 Other | 840 Trademark | 490 Cable/Satellite TV |
| 160 Stockholders' Suits | 350 Motor Vehicle / 371 Truth in Lending | | | 810 Selective Service |
| 190 Other Contract | 355 Motor Vehicle / 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 850 Security/Commodity/Exch. |
| 195 Contract Product Liability | Product Liability / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | 360 Other Personal Inj. | | 862 Black Lung (923) | 891 Agricultural Acts |
| | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 864 SSID Title XVI | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 865 RSI (405(g)) | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 740 Railway Labor Act | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 530 General | 870 Taxes (U.S. Plaintiff or Defendant) | |
| 245 Tort Product Liability | 445 ADA—Employment | 535 Death Penalty | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 ADA — Other | 540 Mandamus & Other | 791 Empl. Ret. Inc. Security Act | 890 Other Statutory Actions |
| | 440 Other Civil Rights | 550 Civil Rights | 871 IRS—Third Party 26 USC 7609 | |
| | | 555 Prison Condition | | |

(Also: 730 Labor/Mgmt.Reporting & Disclosure Act; 790 Other Labor Litigation)

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [■] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

1) Declaratory Judgment on Employment Agreement (copyright ownership); 2) Declaratory Judgment on Note; 3) Dissolution; and 4) Fraud.

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 50,000.00
Declaratory Relief
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [■] No

**IX. This case**
[■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: November 5, 2007
SIGNATURE OF ATTORNEY OF RECORD: *(signed)*

### Civil Cover Sheet – Attachment 1

### Attorneys for TRADEGUIDER, LLC

Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel.   312.849.8100
Fax    312.849.3690