AE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave ... by Local Rules 83.12 through 83.14.

07cv6261
JUDGE KENDALL
MAG. JUDGE BROWN

In the Matter of

TODD KRUEGER, Plaintiff
v.
TRADEGUIDER SYSTEMS, LLC, an Illinois limited
liability company, and TRADEGUIDER SYSTEMS, LTD.,
a foreign business corporation, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRADEGUIDER SYSTEMS, LLC

**FILED**
JN NOV 5 2007
NOV X 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Stuart Smith |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Stuart Smith |

| FIRM |
|---|
| McGuireWoods, LLP |

| STREET ADDRESS |
|---|
| 77 West Wacker Drive, Suite 4100 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2655098 | 312.321.7653 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 5, 2007, the following **APPEARANCE OF STUART SMITH** was served upon the following via First Class U.S. Mail, postage prepaid this 5th day of November 2007:

Jay R. Hoffman
Suite 1800
303 West Madison Street
Chicago, IL 60606

and filed on November 5, 2007, with the Clerk of the Circuit Court of Cook County, Illinois at the Richard J. Daley Center, Room 1001, 50 West Washington Street, Chicago, Illinois 60602.

Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
Tel: (312) 849-8100
Fax: (312) 849-3690

\4858836.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TODD KRUEGER,<br><br>        Plaintiff,<br><br>v.<br><br>TRADEGUIDER SYSTEMS, LLC, an Illinois limited liability company, and TRADEGUIDER SYSTEMS, LTD., a foreign business corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  07cv6261<br>)  JUDGE KENDALL<br>)  MAG. JUDGE BROWN<br>)<br>)<br>)<br>)<br>)  Jury Trial Demanded<br>) |

**FILED**
**NOV X 5 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO:   Jay R. Hoffman
        Suite 1800
        303 West Madison Street
        Chicago, IL 60606

PLEASE TAKE NOTICE that on this 5th day of November 2007, we filed with the United States District Court for the Northern District of Illinois Eastern Division, the attached **APPEARANCE OF STUART SMITH**, copies of which is attached and hereby served upon you.

Dated: November 5, 2007

                                  Respectfully submitted,
                                  TRADEGUIDER SYSTEMS, LLC.

                                  By: One of Their attorneys
                                  Stuart Smith (Atty. No. 2655098)
                                  George R. Spatz (Atty. No. 6278494)
                                  Jeremiah J. Posedel (Atty. No. 6291892)
                                  McGuireWoods LLP
                                  77 West Wacker Drive, Suite 4100
                                  Chicago, IL 60601
                                  Tel.   312.849.8100
                                  Fax   312.849.3690

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 5, 2007, the following **NOTICE OF FILING APPEARANCE OF STUART SMITH** was served upon the following via First Class U.S. Mail, postage prepaid this 5th day of November 2007:

Jay R. Hoffman
Suite 1800
303 West Madison Street
Chicago, IL 60606

and filed on November 5, 2007, with the Clerk of the Circuit Court of Cook County, Illinois at the Richard J. Daley Center, Room 1001, 50 West Washington Street, Chicago, Illinois 60602.

Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
Tel: (312) 849-8100
Fax: (312) 849-3690