AE

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must be a member in good standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

07cv6261
JUDGE KENDALL
MAG. JUDGE BROWN

In the Matter of

TODD KRUEGER, Plaintiff
v.
TRADEGUIDER SYSTEMS, LLC, an Illinois limited
liability company, and TRADEGUIDER SYSTEMS, LTD.,
a foreign business corporation, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRADEGUIDER SYSTEMS, LLC

**FILED**
JN NOV 5 2007
NOV X 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Jeremiah J. Posedel |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jeremiah Posedel |

| FIRM |
|---|
| McGuireWoods, LLP |

| STREET ADDRESS |
|---|
| 77 West Wacker Drive, Suite 4100 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291892 | 312.750.5705 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 5, 2007, the following **APPEARANCE OF JEREMIAH J. POSEDEL** was served upon the following via First Class U.S. Mail, postage prepaid this 5th day of November 2007:

Jay R. Hoffman
Suite 1800
303 West Madison Street
Chicago, IL  60606

and filed on November 5, 2007, with the Clerk of the Circuit Court of Cook County, Illinois at the Richard J. Daley Center, Room 1001, 50 West Washington Street, Chicago, Illinois  60602.

Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601-1815
Tel:  (312) 849-8100
Fax:  (312) 849-3690

\4858836.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TODD KRUEGER, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>TRADEGUIDER SYSTEMS, LLC, an )<br>Illinois limited liability company, and )<br>TRADEGUIDER SYSTEMS, LTD., a )<br>foreign business corporation, )<br>)<br>  Defendants. ) | 07cv6261<br>JUDGE KENDALL<br>MAG. JUDGE BROWN<br><br>Jury Trial Demanded |

**NOTICE OF FILING**

FILED
J.N  NOV X 5 2007
MICHAEL W. DOBBINS
CLERK, U.S DISTRICT COURT

TO:   Jay R. Hoffman
      Suite 1800
      303 West Madison Street
      Chicago, IL 60606

  PLEASE TAKE NOTICE that on this 5th day of November 2007, we filed with the United States District Court for the Northern District of Illinois Eastern Division, the attached **APPEARANCE OF JEREMIAH J. POSEDEL**, copies of which is attached and hereby served upon you.

Dated: November 5, 2007

Respectfully submitted,
TRADEGUIDER SYSTEMS, LLC.

By: one of Their attorneys
Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel.   312.849.8100
Fax    312.849.3690

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 5, 2007, the following **NOTICE OF FILING APPEARANCE OF JEREMIAH J. POSEDEL** was served upon the following via First Class U.S. Mail, postage prepaid this 5th day of November 2007:

Jay R. Hoffman
Suite 1800
303 West Madison Street
Chicago, IL 60606

and filed on November 5, 2007, with the Clerk of the Circuit Court of Cook County, Illinois at the Richard J. Daley Center, Room 1001, 50 West Washington Street, Chicago, Illinois 60602.

Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
Tel: (312) 849-8100
Fax: (312) 849-3690