IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TODD KRUEGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO. 07-CV-6261** |
| ) | |
| TRADEGUIDER SYSTEMS, LLC, an ) | **JUDGE KENDALL** |
| Illinois limited liability company, and ) | **MAGISTRATE JUDGE BROWN** |
| TRADEGUIDER SYSTEMS, LTD, a ) | |
| foreign business corporation, ) | |
| ) | |
| Defendants. ) | **JURY DEMAND REQUESTED** |
| _____ ) | |
| ) | |
| TRADEGUIDER SYSTEMS, LLC, an ) | |
| Illinois limited liability company, ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TODD KRUEGER, ) | |
| ) | |
| Counter-Defendant, ) | |
| ) | |
| THOMAS WILLIAMS, ) | |
| ) | |
| Third-Party Defendant. ) | |

**DEFENDANT TRADEGUIDER SYSTEMS, LLC'S
MOTION TO DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT**

Defendant TradeGuider Systems, LLC ("TradeGuider USA"), by its attorneys, Stuart Smith, George R. Spatz and Jeremiah J. Posedel of McGuireWoods LLP, pursuant to Rule 9 of the Federal Rules of Civil Procedure, moves to dismiss Count IV of the Plaintiff's Complaint.

1

In support of this motion, TradeGuider USA states that the Complaint fails as a matter of law to state a claim for fraud. In support of this motion, Defendant has filed a memorandum of law contemporaneously with this Motion to Dismiss.

WHEREFORE, TradeGuider USA prays the entry of an order dismissing Count IV of the Complaint with prejudice and granting Defendant such other relief as may be proper.

Dated: November 13, 2007        Respectfully submitted,

TRADEGUIDER SYSTEMS, LLC


   /s/ George R. Spatz
By one of Its attorneys

Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel.   312.849.8100
Fax   312.849.3690

\4840263.1