## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TODD KRUEGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO. 07-CV-6261** |
| | ) | |
| TRADEGUIDER SYSTEMS, LLC, an | ) | **JUDGE KENDALL** |
| Illinois limited liability company, and | ) | **MAGISTRATE JUDGE BROWN** |
| TRADEGUIDER SYSTEMS, LTD, a | ) | |
| foreign business corporation, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND REQUESTED** |
| _____ | ) | |
| | ) | |
| TRADEGUIDER SYSTEMS, LLC, an | ) | |
| Illinois limited liability company, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TODD KRUEGER, | ) | |
| | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| THOMAS WILLIAMS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF MOTION

TO:    Jay R. Hoffman
       Suite 1800
       303 West Madison Street
       Chicago, IL  60606

On November 19, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for TradeGuider Systems, L.L.C. shall appear before the Honorable Judge Virginia M. Kendall or any Judge sitting in her stead in the courtroom usually occupied by her, at the Everett McKinley Dirksen Federal Building, 219 South Dearborn, Room 1903, Chicago, Illinois, 60604

and shall present Defendant/Counter-Plaintiff's **MOTION TO DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto.

Dated: November 13, 2007

Respectfully submitted,
TRADEGUIDER SYSTEMS, LLC.


/s/ George R. Spatz
By one of Their attorneys
Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel.    312.849.8100
Fax    312.849.3690

## CERTIFICATE OF SERVICE

I, George R. Spatz, an attorney, state that on November 13, 2007, the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of the Court using the CM-ECF system and served upon the following in the same manner:


Jay R. Hoffman
Suite 1800
303 West Madison Street
Chicago, IL  60606


/s/ George R. Spatz
Stuart Smith (Atty. No. 2655098)
George R. Spatz (Atty. No. 6278494)
Jeremiah J. Posedel (Atty. No. 6291892)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601-1815
Tel:  (312) 849-8100
Fax:  (312) 849-3690

\4871337.1