IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TODD KRUEGER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRADEGUIDER SYSTEMS, LLC, an ) <br> Illinois limited liability company, and ) <br> TRADEGUIDER SYSTEMS, LTD, a ) <br> foreign business corporation, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> TRADEGUIDER SYSTEMS, LLC, an ) <br> Illinois limited liability company, ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TODD KRUEGER, ) <br> ) <br> Counter-Defendant, ) <br> ) <br> THOMAS WILLIAMS, ) <br> ) <br> Third-Party Defendant. ) | CASE NO. 07-CV-6261 <br><br> JUDGE KENDALL <br> MAGISTRATE JUDGE BROWN <br><br><br> JURY DEMAND REQUESTED |

### NOTICE OF FILING

TO: Jay R. Hoffman
     Suite 1800
     303 West Madison Street
     Chicago, IL 60606

    PLEASE TAKE NOTICE that on this 13th day of November 2007, we filed with the United States District Court for the Northern District of Illinois Eastern Division, the attached **ANSWER, COUNTERCLAIMS AND THIRD PARTY COMPLAINT**, a copy of which is attached and hereby served upon you.

Dated: November 13, 2007                    Respectfully submitted,
                                            TRADEGUIDER SYSTEMS, LLC.


                                            /s/ George R. Spatz
                                            By one of Their attorneys
                                            Stuart Smith (Atty. No. 2655098)
                                            George R. Spatz (Atty. No. 6278494)
                                            Jeremiah J. Posedel (Atty. No. 6291892)
                                            McGuireWoods LLP
                                            77 West Wacker Drive, Suite 4100
                                            Chicago, IL 60601
                                            Tel.   312.849.8100
                                            Fax    312.849.3690

**CERTIFICATE OF SERVICE**

    I, George R. Spatz, an attorney, state that on November 13, 2007, the foregoing **NOTICE OF FILING** was electronically filed with the Clerk of the Court using the CM-ECF system and served upon the following in the same manner:

Jay R. Hoffman
Suite 1800
303 West Madison Street
Chicago, IL  60606

                                            /s/ George R. Spatz
                                            Stuart Smith (Atty. No. 2655098)
                                            George R. Spatz (Atty. No. 6278494)
                                            Jeremiah J. Posedel (Atty. No. 6291892)
                                            McGuireWoods LLP
                                            77 West Wacker Drive
                                            Suite 4100
                                            Chicago, Illinois  60601-1815
                                            Tel:  (312) 849-8100
                                            Fax:  (312) 849-3690

\4871316.1