**CERTIFICATE OF SERVICE**

Jay R. Hoffman, an attorney, certifies that on November 14, 2007, he caused the foregoing pleading to be served electronically pursuant to ECF on the following attorneys:

Jeremiah J. Posedel
jposedel@mcguirewoods.com

Stuart Smith
ssmith@mcguirewoods.com

George R Spatz
gspatz@mcguirewoods.com


s/ Jay R. Hoffman