UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TODD KRUEGER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6261 |
| | ) | |
| v. | ) | |
| | ) | |
| TRADEGUIDER SYSTEMS, LLC, an Illinois limited liability company, and | ) ) | Judge Kendall |
| TRADEGUIDER SYSTEMS, LTD., a foreign business corporation, | ) ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) ) | |
| | ) | |
| TRADEGUIDER SYSTEMS, LLC, an Illinois limited liability company, | ) ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TODD KRUEGER, | ) | |
| | ) | |
| Counter-Defendant, and | ) | |
| | ) | |
| THOMAS WILLIAMS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF MOTION**

Please take notice that on Monday, November 19, 2007, at 9:00 a.m., we will appear before Judge Virginia M. Kendall in Courtroom 2319, U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached motion.

Respectfully submitted,

TODD KRUEGER


By    s/Jay R. Hoffman
       His Attorney

Jay R. Hoffman  (6193213)
Suite 1800
303 West Madison Street
Chicago, IL 60606
(312) 899-0899
Fax:  (312) 899-8201
jay@hoffmanlegal.com