## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 07 C 6261

TODD KRUEGER  v.
TRADEGUIDER SYSTEMS, LLC, and          Judge Kendall
TRADEGUIDER SYSTEMS, LTD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TODD KRUEGER

| | |
|---|---|
| NAME (Type or print)<br>Jay R. Hoffman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Jay R. Hoffman | |
| FIRM<br>Jay R. Hoffman, Attorney At Law | |
| STREET ADDRESS<br>303 West Madison Street, Suite 1800 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6193213 | TELEPHONE  NUMBER<br>312-899-0899 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |