UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Todd Krueger
          Plaintiff,

v.                 Case No.: 1:07–cv–06261
                Honorable Virginia M. Kendall

Tradeguider Systems, LLC, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 19, 2007:

  MINUTE entry before Judge Virginia M. Kendall :Hearing held and continued to 11/27/2007 at 9:00a.m. on the motion to remand. Hearing held and continued to 11/27/2007 at 9:00a.m. on the motion to dismiss. Mailed notice.(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.