# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6261 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Krueger vs. Tradeguider Systems, LLC et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order granting Plaintiff's Motion to Remand [13] and denying as moot the Motion to Stay Pending Resolution of This Motion. Cause is remanded to Cook County Circuit Court. Civil case terminated; all pending deadlines and motions are stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|